NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PSYCHOPATHIC RECORDS, INC.,**
*Plaintiff-Appellee,*

v.

**JEFFERY S. ANDERSON,**
*Defendant-Appellant.*

---

2011-1148

---

Appeal from the United States District Court for the Eastern District of Michigan in case no. 08-CV-15034, Judge Stephen J. Murphy, III.

---

**ON MOTION**

---

**ORDER**

The court considers whether this appeal should be transferred to the United States Court of Appeals for the Sixth Circuit.

Jeffery Anderson appeals from a decision of the United States District Court for Eastern District of Michigan granting declaratory judgment in favor of the defendant that Anderson lacks any valid copyright. This court is a court of limited jurisdiction. 28 U.S.C. § 1295.

Based upon our review of the papers in the court's file, it does not appear that the district court's jurisdiction arose in whole or in part under the laws governing this court's appellate jurisdiction.

Accordingly,

IT IS ORDERED THAT:

Absent a response received by this court within 14 days of the date of filing of this order, this appeal will be transferred to the United States Court of Appeals for Sixth Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

JAN 25 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Jeffrey P. Thennisch, Esq.
    Jeffery S. Anderson

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 25 2011

JAN HORBALY
CLERK